


# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT MUG SHOT PROFILE-FACECARD

| | |
|---|---|
| NAME: | GAROT, COLLEEN BETH |
| AKA: | RAINEY, COLLEEN |
| AKA: | |
| MONIKER: | |
| BOOKING#: | 18123243 |
| FBI#: | 745364NE0 |
| SYSTEM CONTROL #: | 16126204628 |
| EVENT # | 125276466 |
| PHOTO DATE/TIME: | Apr 13 2018 9:56AM |
| DATE OF BIRTH | 08-01-1972 |
| SOCIAL SECURITY #: | |
| DRIVER LICENSE #: | |
| DRIVER LIC STATE: | |
| OCCUPATION: | DISABILITY |

**PHYSICAL DESCRIPTION**

| | |
|---|---|
| SEX: | FEMALE |
| RACE: | WHITE/CAUCASIAN |
| HEIGHT: | 5'06" |
| WEIGHT: | 125 |
| HAIR COLOR/LENGTH: | BROWN |
| HAIRSTYLE: | LONG |
| EYES: | |
| BUILD: | NORMAL |
| COMPLEXION: | |
| GLASSES: | NO |



GAROT, COLLEEN B   08-01-1972   45
5'06"   125   BROWN   18123243

**CHARGES:**
#1   11377(A) 1 HS POSS NON-NARC DRUG/CONT SUB
#2   23152(B) 1 VC DUI ALCOHOL/0.08 PERCENT

**SCARS/MARKS/TATTOOS**
#1
#2
#3
#4
#5



GAROT, COLLEEN B
18123243



GAROT, COLLEEN B
18123243



F   W   08-01-1972   45   5'06"   125   BRO   11377(A)   HS

GAROT, COLLEEN B                       18123243

EXHIBIT A
PAGE 1 of 1

CSD000063