# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN GAROT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-cv-01650-H-AGS<br><br>**ORDER SUBMITTING MOTION TO DISMISS AMENDED CROSS-CLAIM** |

　　　　On December 10, 2020, Defendants Coastal Hospitalist Medical Associates, Friedrike Von Lintig, M.D., Angelito Dela Cruz, and Coast Correctional Medical Group filed a motion to dismiss Defendant County of San Diego's amended cross-claim for declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 65.) A hearing on Defendants Coastal Hospitalist, Von Lintig, Dela Cruz, and Coast Correction's motion to dismiss is currently scheduled for Monday, January 11, 2021 at 10:30 a.m.

　　　　The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing. Defendant County of San Diego's opposition

remains due by **December 28, 2020**.  Defendants Coastal Hospitalist, Von Lintig, Dela Cruz, and Coast Correction's reply remains due by **January 4, 2021**.

**IT IS SO ORDERED.**

DATED: December 14, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT