MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendants/Cross-Complainants County of San Diego, William D. Gore, Steven Block, Arthur Doherty, Yaowaluck Hagg, Leah Gache, Susan Conrad, Myra Rada-Gragasin, Christine Eser, Maria Germono, Melissa Grant, Mabel Domingo, Ma Estavillo, Edna Gomez-Sanchez, and Helen Salter

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAINEY and JUDY RAINEY, Co-Conservators, on behalf of COLLEEN GAROT<br><br>Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, in his official capacity; STEVEN BLOCK, ARTHUR DOHERTY, QUOC TRAN, M.D.; MICHAEL STEWART, PH.D.; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ; YAOWALUCK HAGG; SUSAN ANGUITAY, LEAH GACHE; SUSAN CONRAD; MYRA RADA-GRAGASIN; CHRISTINE ESER; M. GERMONO; MELISSA GRANT; MABEL DOMINGO; MA ESTAVILLO; EDNA GOMEZ-SANCHEZ; HELEN SALTER; COASTAL HOSPITALIST MEDICAL ASSOCIATES, a professional corporation; LIBERTY HEALTHCARE OF CALIFORNIA, INC., a professional corporation<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS | NO. 19-CV-1650-H-AGS<br><br>**JOINT MOTION FOR INDEPENDENT MEDICAL EXAMINATION OF COLLEEN GAROT** |

Pursuant to Rule 35 of the Federal Rules of Civil Procedures, the parties agree that Plaintiff Colleen Garot will submit to a physical examination to be conducted by Jerome Stenehjem, M.D., who is board certified in Physical Medicine and Rehabilitation. Dr. Amy Sutton, who is a certified Life Care Planner, will also be present to observe the examination and facility. The examination will be conducted on behalf of Defendants, Cross-Complainants, and/or Cross-Claim Defendants County of San Diego, William D. Gore, Steven Block, Arthur Doherty, Yaowaluck Hagg, Leah Gache, Susan Conrad, Myra Rada-Gragasin, Christine Eser, Maria Germono, Melissa Grant, Mabel Domingo, Ma Estavillo, Edna Gomez-Sanchez, Helen Salter, Michael Stewart, Ph.D, Liberty Healthcare Corporation, Liberty Healthcare of California, Inc., Coastal Hospitalist Medical Associates, Friedrike Von Lintig, M.D., Angelito Dela Cruz, Coast Correctional Medical Group, and Quoc Tran, M.D. Plaintiff alleges physical injuries which are in controversy and good cause exists that such exam may lead to specific findings relevant to Plaintiffs' claims.

The examination will be conducted on February 8, 2021 at 11:00 am at Golden Hill Subacute and Rehabilitation Center, 1201 34th Street, San Diego, CA 92102. The examination will take 1 to 2 hours and will be audio recorded by Dr. Stenehjem.

The examination will consist of a face-to-face interview with patient. If the patient can converse, Dr. Stenehjem will ask questions about pain, abilities and inabilities, bowel and bladder function, and use of assistive devices or attendant help. The examination will consist of evaluating alertness and cognitive function such as understanding speech, following commands, awareness of surroundings, etc. The exam will also include evaluation of range of motion of joints, muscle mass, strength, coordination, and sensation. The heart, lungs and abdomen will be auscultated. The abdomen will be gently palpated looking for tenderness or masses. The neck will be inspected and gently palpated. The spine will be inspected and gently palpated. The hands and feet will be inspected and gently palpated. A general inspection of the body will be done looking for

///

skin condition, swelling, erythema or other abnormalities.  If there is equipment or supplies being used in the day-to-day care then these items will be noted.

      Plaintiff shall notify Defendant County of San Diego within five (5) days of his/her intent to continue or reschedule the examination.  The parties on behalf of whom this medical examination is being conducted shall share in the costs of the examination and shall provide the parties with a copy of the examination report which shall contain information as required under Fed. Civ. P. 35(b)(1).

DATED: February 2, 2021        Office of County Counsel

        By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants/Cross-Complainants County of San Diego, William D. Gore, Steven Block, Arthur Doherty, Yaowaluck Hagg, Leah Gache, Susan Conrad, Myra Rada-Gragasin, Christine Eser, Maria Germono, Melissa Grant, Mabel Domingo, Ma Estavillo, Edna Gomez-Sanchez, and Helen Salter

DATED: February 2, 2021        By: s/STEVE HOFFMAN
Attorneys for Plaintiff Thomas Rainey and Judy Rainey, Co-Conservators, on behalf of Colleen Garot

DATED: February 2, 2021        By: s/MARK L. KIEFER
Attorneys for Defendants and Cross- Defendants and/or Cross-Claim Defendants Michael Stewart, Ph.D, Liberty Healthcare Corporation and Liberty Healthcare of California, Inc.

DATED: February 2, 2021        By: s/BRIAN T. BLOODWORTH
Attorneys for Defendants and/or Cross-Defendants Coastal Hospitalist Medical Associates, Friedrike Von Lintig, M.D., Angelito Dela Cruz, Coast Correctional Medical Group

DATED: February 2, 2021        By: s/EDUARDO GONZALEZ
Attorneys for Defendant Quoc Tran, M.D.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

DATED: February 2, 2021                Office of County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy Attorneys for Defendants/Cross-Complainants County of San Diego, William D. Gore, Steven Block, Arthur Doherty, Yaowaluck Hagg, Leah Gache, Susan Conrad, Myra Rada-Gragasin, Christine Eser, Maria Germono, Melissa Grant, Mabel Domingo, Ma Estavillo, Edna Gomez-Sanchez, and Helen Salter