Steve Hoffman (SBN 237466)
Law Office of Steve Hoffman
180 Broadway, Ste. 1810
San Diego, CA 92101
Tel: 619.677.3015/Fax: 888.320.9384
shoffmanlaw@gmail.com

Eugene Iredale (SBN 75292)
Julia Yoo (SBN 231163)
Grace Jun (SBN 287973)
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525 / FAX: (619) 233-3221

Attorneys for Plaintiff COLLEEN GAROT

*(Counsel for Defendants on Following Page)*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS RAINEY and JUDY RAINEY, Co-Conservators, on behalf of COLLEEN GAROT<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, in his official capacity; STEVEN BLOCK, ARTHUR DOHERTY, QUOC TRAN, M.D.; MICHAEL STEWART, PH.D.; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ;; YAOWALUCK HAGG; LEAH GACHE; SUSAN CONRAD; MYRA RADA-GRAGASIN; CHRISTINE ESER; M. GERMONO; MELISSA GRANT; MABEL DOMINGO; MA ESTAVILLO; EDNA GOMEZ-SANCHEZ; HELEN SALTER; COAST CORRECTIONAL MEDICAL GROUP, a professional corporation; LIBERTY HEALTHCARE OF CALIFORNIA, INC., a professional corporation<br><br>Defendants.<br><br>AND ALL RELATED CROSS-COMPLAINTS | NO. 19-CV-1650-L-AGS<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANT LEAH GACHE WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)(A)(ii))]**<br><br>Judge: Hon. M. James Lorenz<br>Court: 5B |

1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
       STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
3      JENNIFER M. MARTIN, Deputy (State Bar No. 322048)
   1600 Pacific Highway, Room 355
4  San Diego, California 92101-2469
   Telephone: (619) 531-5836; Fax: (619) 531-6005
5  E-mail: melissa.holmes@sdcounty.ca.gov

6  Attorneys for Defendant County of San Diego, William D. Gore, in his official capacity;
   Steven Block, Arthur Doherty, Yaowaluck Hagg, Susan Anguitay, Leah Gache, Susan
7  Conrad, Myra Rada-Gragasin, Christine Eser, M. Germono, Melissa Grant, Mabel
   Domingo, Ma Estavillo, Edna Gomez-Sanchez, and Helen Salter
8

9  LOTZ, DOGGETT & RAWERS, LLP
   JEFFREY S. DOGGETT, State Bar No. 147235
10 BRIAN T. BLOODWORTH, State Bar No. 272664
   101 West Broadway, Suite 1110
11 San Diego, California 92101
   Telephone (619) 233-5565 Facsimile (619) 233-5564
12 Attorneys for Defendants and/or Cross-Defendants,
   FRIEDRIKE VON LINTIG, M.D.;
13 ANGELITO DELA CRUZ;
   COAST CORRECTIONAL MEDICAL GROUP

14

15 MARK L. KIEFER, ESQ., SB# 116633
   mkiefer@ericksenarbuthnot.com
16 ROYCE Y. HUANG, ESQ., SB# 285136
   rhuang@ericksenarbuthnot.com
17 ERICKSEN ARBUTHNOT
   835 Wilshire Blvd., Suite 500
18 Los Angeles, CA 90017-2603
   (213) 489-4411 / (213) 489-4332 Fax
19 Attorneys for Defendants MICHAEL STEWART, PH.D.
   and LIBERTY HEALTHCARE OF CALIFORNIA, INC.
20 And Cross-Claim Defendants MICHAEL STEWART, PH.D.
   and LIBERTY HEALTHCARE CORPORATION

21 CARROLL, KELLY, TROTTER & FRANZEN
   RICHARD D. CARROLL (SBN 116913)
22 N. BEN CRAMER (SBN 261767)
   EDUARDO G. GONZALEZ (323255)
23 225 Broadway, Suite 1500
   San Diego, CA 92101
24 Telephone No. (619) 814-5900 / Facsimile No. (619) 814-5999
   rdcarroll@cktflaw.com
25 nbcramer@cktflaw.com
   eggonzalez@cktflaw.com
26 Attorneys for Defendant QUOC TRAN, M.D

27 / / /

28

All parties who have appeared in this action, by and through their counsel, move jointly for an order dismissing Defendant Leah Gache with prejudice from Plaintiff's complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). See *Pedrina v. Chun*, 987 F.2d 608 (9th Cir. 1993).

Plaintiff and Defendant Leah Gache agree to each bear their own fees and costs with respect to this dismissal. The terms of this dismissal are between Plaintiff and Leah Gache only.

Dated: May 12, 2022             IREDALE & YOO, APC

/s Grace Jun
Eugene Iredale
Julia Yoo
Grace Jun
Attorneys for Plaintiff Colleen Garot

Dated: May 12, 2022             LAW OFFICE OF STEVE HOFFMAN

s/ Steve Hoffman
STEVE HOFFMAN
Attorney for Plaintiff Colleen Garot
Email: shoffmanlaw@gmail.com

DATED: May 12, 2022             THOMAS E. MONTGOMERY, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant County of San Diego, William D. Gore, in his official capacity; Steven Block, Arthur Doherty, Yaowaluck Hagg, Leah Gache, Susan Conrad, Myra Rada-Gragasin, Christine Eser, M. Germono, Melissa Grant, Mabel Domingo, Ma Estavillo, Edna Gomez-Sanchez, and Helen Salter

///
///
///

| | | |
|---|---|---|
| DATED: May 12, 2022 | | ERICKSEN ARBUTHNOT |

/s/ Mark L. Kiefer
By: MARK L. KIEFER, ESQ.
ROYCE Y. HUANG, ESQ.
Attorneys for Defendants,
MICHAEL STEWART, PH.D. and LIBERTY HEALTHCARE OF CALIFORNIA, INC.
And Cross-Claim Defendants MICHAEL STEWART, PH.D. and LIBERTY HEALTHCARE CORPORATION

DATED: May 12, 2022            CARROLL, KELLY, TROTTER & FRANZEN

/s/ Ben Cramer
By: N. Ben Cramer, Esq.
Eduardo G. Gonzalez, Esq.
Attorneys for Defendant QUOC TRAN, M.D.

DATED: May 12, 2022            LOTZ, DOGGETT & RAWERS, LLP

By: /s/ Brian T. Bloodworth
JEFFREY S. DOGGETT, ESQ.
BRIAN T. BLOODWORTH, ESQ.
Attorneys for Defendants, COAST CORRECTIONAL MEDICAL GROUP; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED:  May 12, 2022            Law Office of Steve Hoffman

By: s/STEVE HOFFMAN
Attorney for Plaintiffs Thomas Rainey
Email: shoffmanlaw@gmail.com