**LOTZ, DOGGETT & RAWERS, LLP**
**JEFFREY S. DOGGETT, State Bar No. 147235**
**BRIAN T. BLOODWORTH, State Bar No. 272664**
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile  (619) 233-5564

Attorneys for Defendants and/or Cross-Defendants, COASTAL HOSPITALIST MEDICAL ASSOCIATES; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ; COAST CORRECTIONAL MEDICAL GROUP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAINEY and JUDY RAINEY, Conservators, on behalf of COLLEEN GAROT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>Defendants.<br><br>ALL RELATED CROSS-CLAIMS | Case No. 19-cv-01650-L-AGS<br><br>**DECLARATION OF BRIAN T. BLOODWORTH IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[NO ORAL ARGUMENT PURSUANT TO LOCAL RULES]**<br><br>Judge:    Hon. M. James Lorenz<br>Dept:      5B<br>Date:      August 29, 2022<br>Time:     10:30 a.m. |

1.   I am an attorney duly licenced to practice in the Southern District of California, all courts of the State of California, and am an attorney with Lotz, Doggett & Rawers, LLP, attorneys of record for Defendants and/or Cross-Defendants COASTAL HOSPITALIST MEDICAL ASSOCIATES, FRIEDRIKE VON LINTIG, M.D., ANGELITO DELA CRUZ, and COAST CORRECTIONAL MEDICAL GROUP.  I have personal knowledge of the following facts and could competently testify thereto if called upon to do so.

/ / /

2. Attached to the accompanying appendix of records in support of the motion(s) for summary judgment, or in the alternative, partial summary judgment, are true and correct copies of the following exhibits:

| Exhibit | Title | Page #s |
|---|---|---|
| A | **Pending pursuant to motion for leave to file under seal:** Arrest report of Colleen Garot, dated May 5, 2016 | 1-10 |
| B | DUI charges against Colleen Garot, dated September 13, 2017 | 11-14 |
| C | Colleen Garot guilty plea to DUI charge, dated October 17, 2017 | 15-23 |
| D | Referral form to DUI Multiple Conviction Program, dated December 1, 2017 | 24-25 |
| E | Failure to report for confinement, dated January 22, 2018 | 26-27 |
| F | Minutes from the Superior Court of California, County of San Diego pertaining to Colleen Garot, dated February 22, 2018 | 28-29 |
| G | **Pending pursuant to motion for leave to file under seal:** Arrest report regarding Colleen Garot, dated April 16, 2018 | 30-34 |
| H | Minutes from the Superior Court of California, County of San Diego pertaining to Colleen Garot, dated January 18, 2018 | 35-36 |
| I | Medical intake questions of Colleen Garot, dated April 13, 2018 | 37-55 |
| J | Angelito Dela Cruz, NP medical note regarding Colleen Garot, dated April 13, 2018 | 56-58 |
| K | Select portions from deposition transcript of Angelito Dela Cruz, dated June 28, 2021 | 59-84 |
| L | **Pending pursuant to motion for leave to file under seal:** Officer report of Edna Gomez Sanchez regarding Colleen Garot, dated April 13, 2018 | 85-87 |
| M | Susan Anguitay medical note regarding Colleen Garot, dated April 14, 2018 | 88-89 |
| N | Dr. Tran medical note regarding Colleen Garot, dated April 14, 2018 | 90-91 |
| O | Dr. Stewart psychologist note regarding Colleen Garot, dated April 14, 2018 | 92-94 |

| | | |
|---|---|---|
| P | Incident report regarding Colleen Garot, dated April 15, 2018 | 95-97 |
| Q | **Pending pursuant to motion for leave to file under seal:** Picture of Colleen Garot the night/morning of April 15/16, 2018 | 98-99 |
| R | **Pending pursuant to motion for leave to file under seal:** Incident report regarding Colleen Garot, dated April 16, 2018 | 100-103 |
| S | Inmate observation log of Colleen Garot, dated April 16, 2018 | 104-106 |
| T | Dr. Von Lintig medical note regarding Colleen Garot, dated April 16, 2018 at 1056 | 107-108 |
| U | Select portions from deposition transcript of Friedrike Von Lintig, dated August 24, 2021 | 109-141 |
| V | Dr. Von Lintig medical note regarding Colleen Garot, dated April 16, 2018 at 1237 | 142-143 |
| W | Records subpoenaed from Lakeside Fire Department | 144-159 |
| X | Select portions of records subpoenaed from Sharp Memorial Hospital | 160-189 |
| Y | Plaintiffs' expert witness designations pursuant to FRCP 26(a)(2)(A), dated January 4, 2022 | 190-199 |
| Z | Select portions from deposition transcript of Homer Venters, M.D., dated March 21, 2022 | 200-229 |
| AA | Expert report of Homer Venters, M.D., dated January 4, 2022 | 230-254 |
| BB | Select portions from deposition transcript of Michael Lobatz, M.D., dated March 9, 2022 | 255-278 |
| CC | Select portions from deposition transcript of Stephen Dorros, M.D., dated February 28, 2022 | 279-293 |
| DD | Expert report of Paul Adler, D.O., dated December 14, 2021 | 294-312 |
| EE | Expert report of Seven Giannotta, M.D., dated December 13, 2021 | 313-352 |
| FF | Select portions from deposition transcript of Quoc Tran, M.D., dated July 14, 2021 | 353-363 |
| GG | Independent contractor agreement between Quoc Tran, M.D. and Coast Correctional Medical Associates | 364-370 |
| HH | Contract between County of San Diego and Tri-City Medical Center for inpatient and outpatient medical services | 371-460 |

DECLARATION OF BRIAN T. BLOODWORTH IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

19-cv-01650-L-AGS

3

| | | |
|---|---|---|
| II | Declaration of Mark O'Brien, D.O. in support of Defendants' motion for summary judgment | 461-463 |
| JJ | County of San Diego's, et al., initial expert designations, dated January 4, 2022 | 464-472 |
| KK | County of San Diego's responses to CHMA's requests for admissions, set one | 473-479 |
| LL | County of San Diego's responses to CCMG's requests for admissions, set one | 480-485 |
| MM | County of San Diego's responses to NP Dela Cruz's requests for admissions, set one | 486-491 |
| NN | County of San Diego's responses to Dr. Von Lintig's requests for admissions, set one | 492-497 |
| OO | Contract between Tri-City Medical Center and CHMA for hospitalist and coverage | 498-530 |

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 25 day of July, 2022 at San Diego, California.

_____
Brian Bloodworth, Esq.