**LOTZ, DOGGETT & RAWERS, LLP**
**JEFFREY S. DOGGETT, State Bar No. 147235**
**BRIAN T. BLOODWORTH, State Bar No. 272664**
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile  (619) 233-5564

Attorneys for Defendants and/or Cross-Defendants, COASTAL HOSPITALIST MEDICAL ASSOCIATES; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ; COAST CORRECTIONAL MEDICAL GROUP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS RAINEY and JUDY RAINEY, Conservators, on behalf of COLLEEN GAROT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>Defendants.<br><br>ALL RELATED CROSS-CLAIMS | Case No. 19-cv-01650-L-AGS<br><br>**NOTICE OF PARTIAL NON-OPPOSITION OF DEFENDANTS COASTAL HOSPITALIST MEDICAL ASSOCIATES, COAST CORRECTIONAL MEDICAL GROUP, FRIEDRIKE VON LINTIG, M.D., AND ANGELITO DELA CRUZ TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE VIDEO AND AUDIO EVIDENCE IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. M. James Lorenz<br>Dept:  5B |

**COMES NOW**, Defendants, COASTAL HOSPITALIST MEDICAL ASSOCIATES ("CHMA"), COAST CORRECTIONAL MEDICAL GROUP ("CCMG"), FRIEDRIKE VON LINTIG, M.D. ("Dr. Von Lintig"), and ANGELITO DELA CRUZ ("NP Dela Cruz") who hereby provide notice of a *partial* non-opposition to Plaintiffs' *ex parte* motion for leave to file video and audio evidence in support of

NOTICE OF PARTIAL NON-OPPOSITION OF DEFENDANTS COASTAL HOSPITALIST MEDICAL ASSOCIATES, COAST CORRECTIONAL MEDICAL GROUP, FRIEDRIKE VON LINTIG, M.D., AND ANGELITO DELA CRUZ TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE VIDEO AND AUDIO EVIDENCE IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

19-cv-01650-L-AGS

their omnibus opposition to all defendants' motions for summary judgment. ECF No. 193.

These Defendants have no opposition to the filing of the of the video and audio evidence. In doing so, these Defendants expressly do not concede to the admissibility of the referenced video and audio evidence. These Defendants reserve their right to challenge the admissibility of the video and audio evidence referenced by Plaintiffs as will be indicated in support of their reply brief.

DATED: November 7, 2022          **LOTZ, DOGGETT & RAWERS, LLP**

By: /s/ Brian T. Bloodworth
**JEFFREY S. DOGGETT, ESQ.**
**BRIAN T. BLOODWORTH, ESQ.**
Attorneys for Defendants, COASTAL HOSPITALIST MEDICAL ASSOCIATES; FRIEDRIKE VON LINTIG, M.D.; ANGELITO DELA CRUZ; COAST CORRECTIONAL MEDICAL GROUP

NOTICE OF PARTIAL NON-OPPOSITION OF DEFENDANTS COASTAL HOSPITALIST MEDICAL ASSOCIATES, COAST CORRECTIONAL MEDICAL GROUP, FRIEDRIKE VON LINTIG, M.D., AND ANGELITO DELA CRUZ TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE VIDEO AND AUDIO EVIDENCE IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

19-cv-01650-L-AGS

2

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565