UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAINEY AND JUDY RAINEY, CO-CONSERVATORS, ON BEHALF OF COLLEEN GAROT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.:  19CV1650-L(BLM)<br><br>**ORDER SETTING HEARING ON PETITION FOR ORDER APPROVING SETTLEMENT INVOLVING INCOMPETENT ADULT** |

On November 23, 2022, Plaintiffs filed an *Ex Parte* Petition for Order Approving Settlement Involving Incompetent Adult and for Distribution of Settlement Funds.  ECF No. 203.  A videoconference hearing on the Petition for Order Approving Settlement Involving Incompetent Adult will be held on **March 22, 2023** at **3:30 p.m.**  Plaintiff's co-conservators and counsel for the parties must appear via Zoom. Each participant should plan to join the Zoom video conference at least five minutes before the start of the hearing to ensure that the hearing begins promptly at **3:30 p.m.**  The Zoom e-mail invitation may indicate an earlier start time, but the hearing will begin at the Court-scheduled time.   No later than **March 20, 2023**, the parties must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name

1

and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

**IT IS SO ORDERED**.

Dated:  3/16/2023

Hon. Barbara L. Major
United States Magistrate Judge