UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAINEY AND JUDY RAINEY, CO-CONSERVATORS, ON BEHALF OF COLLEEN GAROT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>Defendants. | Case No.: 3:19-cv-1650-L-BLM<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION [ECF NO.] 228;**<br><br>**(2) GRANTING EX PARTE PETITION FOR ORDER APPROVING SETTLEMENT INVOLVING INCOMPETENT ADULT [ECF NO. 203]**<br> and<br><br>**(2) DENYING MOTION TO EXPEDITE AS MOOT [ECF NO. 221]** |

Pending before the Court in this action alleging civil rights violations under federal and state law by Defendants is a Report and Recommendation ("R&R") issued by Magistrate Judge Barbara L. Major [ECF No. 228], recommending granting Plaintiffs' petition for order approving settlement involving incompetent adult and for distribution for settlement funds. [ECF No. 228.] The parties have filed a joint notice of non-opposition to the R&R. [ECF No. 229.]

1

  A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.  Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1).  "[T]he court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).  When no objections are filed, the de novo review is waived.  Section 636(b)(1) does not require review by the district court under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original).

  In light of the parties' Non-Opposition, the Court adopts the R&R [ECF No. 228] and GRANTS Plaintiffs' Petition for Order Approving Settlement Involving Incompetent Adult and for Distribution of Settlement Funds [ECF No. 203].  The Parties are ORDERED to comply with the terms of the settlement. The Ex Parte Motion to Expedite Consideration of the Petition is DENIED as moot. [ECF No. 221.]

  **IT IS SO ORDERED**.

Dated:  March 28, 2023

_____
Hon. M. James Lorenz
United States District Judge